REGINALD C. SMITH, Appellant, v. JOHN R. TERRELL, Respondent, et al., Defendants.— In an action brought pursuant to article 15 of the Real Property Law, order denying motion of plaintiff for judgment on the pleadings as to the second cause of action or, in the alternative, to strike out paragraphs "Tenth" and "Eleventh" from the answer, modified on the law and the motion granted to the extent of striking from the "Eleventh" paragraph so much thereof as reads: "is an attorney-at-law, who has practiced his said profession in the State of New York with offices at Riverhead, Long Island, for upwards of fifteen years, that he has specialized in said practice in the conveyance of real property and the searching of titles on real property in and about the Town of Riverhead, Long Island, and that he". As so modified, the order is affirmed, without costs. The absence of express reference in the covenant to the parties bound thereby does not, as a matter of law, render it a personal one. (*Davis* v. *McCarthy*, 131 App. Div. 755; *Wilmurt* v. *McGrane*, 16 App. Div. 412; *Dexter* v. *Beard*, 130 N. Y. 549.) Plaintiff cannot be charged with actual knowledge merely because he is an attorney and has specialized in the searching of titles, although that subject may be a source of inquiry as to his knowledge, an element with which this appeal is not concerned. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

HERMAN M. TATARSKY, Respondent, v. WAVECREST BUILDING CORPORATION et al., Appellants.— In an action by plaintiff, a licensed real estate broker, for commissions earned, and to recover damages for a conspiracy to deprive him of commissions, defendants appeal from an order denying their motion to dismiss the third cause of action for failure to state facts sufficient to constitute a cause of action. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

### (October 31, 1944.)

In the Matter of MARVIN A. RAUCH, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents, and LOUIS WALTER et al., Appellants.— Order affirmed, without costs. No opinion. [See *ante*, p. 879.] Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.